# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:14-CV-165-RLV-DCK

| | | |
|---|---|---|
| MARVIN L. BOYER SR.; SANDRA T. BOYER; BENNY R. ELLEDGE; JOANNA L. ELLEDGE; NORMA J. HELLARD; BRENDA W. JOLLY; WANDA A. MARTIN; LARRY D. MATHENY; as Executor of the Estate of CLOYCE E. MATHENY, deceased; EDWARD L. MCLELLAND, JR., individually and as executor of the Estate of MARSHA E. MCLELLAND, deceased; JAMIE D. MORRISON, as Administrator of the Estate of BARBARA E. MORRISON, deceased; LISA SMITH CASH, as Executor of the Estate of BRENDA H. SMITH, deceased; THOMAS L. SMITH; DORIS P. SWAIM; STEVEN C. SWAIM; and BEVERLY M. WRIGHT, individually and as Executor of the Estate of JOHN W. WRIGHT, deceased, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HANKOOK TIRE CO., LTD.; HANKOOK TIRE AMERICA CORPORATION; and JOHN B. OSTWALT, JR., as Administrator of the Estate of RANDOLPH L. MORRISON, deceased. | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Paul J. Osowski, concerning Christopher J. Daniels on October 23, 2014. Mr. Christopher J. Daniels seeks to appear as counsel *pro hac vice* for Defendants Hankook Tire America Corp. and Hankook Tire Co. Ltd. Upon review and

consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Christopher J. Daniels is hereby admitted *pro hac vice* to represent Defendants Hankook Tire America Corp. and Hankook Tire Co. Ltd.

      **SO ORDERED**.

                      Signed: October 23, 2014

                      David C. Keesler
                      United States Magistrate Judge