IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-165-RLV-DCK

| | |
|---|---|
| **MARVIN L. BOYER SR.; SANDRA T. BOYER; BENNY R. ELLEDGE; JOANNA L. ELLEDGE; NORMA J. HELLARD; BRENDA W. JOLLY; WANDA A. MARTIN; LARRY D. MATHENY; as Executor of the Estate of CLOYCE E. MATHENY, deceased; EDWARD L. MCLELLAND, JR., individually and as executor of the Estate of MARSHA E. MCLELLAND, deceased; JAMIE D. MORRISON, as Administrator of the Estate of BARBARA E. MORRISON, deceased; LISA SMITH CASH, as Executor of the Estate of BRENDA H. SMITH, deceased; THOMAS L. SMITH; DORIS P. SWAIM; STEVEN C. SWAIM; and BEVERLY M. WRIGHT, individually and as Executor of the Estate of JOHN W. WRIGHT, deceased,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| **HANKOOK TIRE CO., LTD.; HANKOOK TIRE AMERICA CORPORATION; and JOHN B. OSTWALT, JR., as Administrator of the Estate of RANDOLPH L. MORRISON, deceased.** | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Edmund L. Gaines, concerning Robert David Cheeley on October 28, 2014. Mr. Robert David Cheeley seeks to appear as counsel *pro hac*

*vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Mr. Robert David Cheeley is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: October 28, 2014

David C. Keesler
United States Magistrate Judge